DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
VIKAS KUMAR, Trial Attorney (#267063)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: vikas.kumar@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 12-30497 DM
)
) Chapter 7
**OREN RAPHAEL,** )
)
)
Debtor. )
)
)

**STIPULATION BETWEEN THE UNITED STATES TRUSTEE AND RICHARD DWYER
FOR ORDER IMPOSING SANCTIONS AND OTHER RELIEF**

August B. Landis, the Acting United States Trustee for the Northern District of California - Region 17 ("U.S. Trustee") through the undersigned attorney and attorney Richard Dwyer ("Dwyer") agree to resolve the U.S. Trustee's concerns about Dwyer's conduct in this case. Having conferred about Dwyer's violations of Rule 9011, Bankruptcy Local Rules, and the Court's Guidelines, as well as failure to act with reasonable care in preparing the petition, the U.S. Trustee and Dwyer agree to the following stipulation.

**Recitals**

1. Since 1989, Dwyer has been licensed to practice law in the State of California. His bar number is 143883.

2. Dwyer is a Registered Participant and as such is authorized to file pleadings, documents, and bankruptcy petitions through the court's electronic case filing system (ECF).

STIPULATION UST-RICHARD DWYER RE SANCTIONS & OTHER RELIEF – 12-30497 - 1 -

3. On February 17, 2012, using his ECF login, Dwyer filed a voluntary petition for relief under chapter 13 of Title 11 in the name of Oren Raphael ("Raphael").

4. At the time of filing, Dwyer did not have in his possession Raphael's original wet or blue ink signature on the petition.

5. At no time prior to filing this case, did Dwyer personally meet with Raphael. Raphael did not pay any compensation to Dwyer to file the petition.

6. At no time prior to filing this case, did Raphael authorized Dwyer to file this case.

7. By presenting to the Court the petition that was not signed, Dwyer falsely certified to the Court that he had in his possession the original signature, when in fact, he did not. Such conduct violates Rule 9011(b)(3). For this, the Court may impose sanctions under Rule 9011(c) and award civil penalties to the U.S. Trustee under 11 U.S.C. § 707(b)(4)(B).

8. By signing the petition, Dwyer also falsely certified that the petition was well grounded in fact and warranted by existing law or an extension thereof. Fed. R. Bankr. P. 9011(b); 11 U.S.C. § 707(b)(4)(C).

9. Dwyer's failure to obtain Raphael's original wet signature prior to filing violates the Bankruptcy Local Rule 5005-2(c).

10. Dwyer's failure to meet with Raphael prior to filing was inconsistent with the Bankruptcy Court's *Guidelines for Legal Services to be Provided by Debtors' Attorneys in Chapter 7 Cases* (Guidelines).

11. Dwyer represented to the undersigned attorney for U.S. Trustee that the filing was erroneously filed by his office staff.

## Stipulations & Remedies

12. Dwyer freely acknowledges the aforementioned violations and agrees to the following: (a) for one (1) year after the entry of an order approving this Stipulation, Dwyer shall file the wet or blue ink signature bearing the Debtor's signature in each and every new bankruptcy case in which Dwyer is the attorney of record; and (b) notify the three major credit reporting agencies that this bankruptcy filing was filed without authorization and should be removed from Raphael's credit report; and (c) take other appropriate steps to expunge the record of this bankruptcy filing.

13. In addition, Dwyer agrees to abide in all cases filed in the Northern District of California by the minimum standards established by the Guidelines adopted by the bankruptcy courts of the Northern District of California, including but not limited to providing a copy of the Guidelines to the debtor, personally meet with the debtor and explain the options available under Title 11, and review the final petition, schedules, and Statement of Financial Affairs, and other required documents prior to filing with the court.

14. Dwyer also agrees to abide by all rules, orders, and provisions regarding electronic case filing in effect in the Northern District of California so long as Dwyer is a Registered Participant.

15. Should any of the rules, orders, and provisions regarding electronic case filing be modified, abridged, or revised, Dwyer agrees to abide by said provisions so long as he is a Registered Participant.

**Other Terms**

16. The parties agree and respectfully request this Court enter an order approving this Stipulation and directing Dwyer (a) for one (1) year after the entry of an order approving this Stipulation, Dwyer shall file the wet or blue ink signature bearing the Debtor's signature in each and every new bankruptcy case in which Dwyer is the attorney of record; and (b) notify the three major credit reporting agencies that this bankruptcy filing was filed without authorization and should be removed from Raphael's credit report; and (c) take other appropriate steps to expunge the record of this bankruptcy filing.

17. The parties further agree that each party shall bear its own attorney's fees and costs, if any, incurred in connection with this Stipulation.

18. The parties further agree that should the Court reject this Stipulation for any reason, the U.S. Trustee shall be free to proceed with appropriate action in this case.

19. The parties further agree that this Stipulation constitutes the entire agreement between the parties with respect to the subject matter of this Stipulation, and supersedes any and all prior oral or written agreements and understandings.

///

///

STIPULATION UST-RICHARD DWYER RE SANCTIONS & OTHER RELIEF – 12-30497 - 3 -

Case: 12-30497  Doc# 13  Filed: 02/29/12  Entered: 02/29/12 09:06:29  Page 3 of 4

**It is so agreed:**

Dated: February 28, 2012

/s/ Richard Dwyer
Richard Dwyer, 143883

Dated: February 29, 2012

August B. Landis, Acting U.S. Trustee

By: /s/ Vikas Kumar
Vikas Kumar
Attorney for the U.S. Trustee