```
1  Richard Dwyer 143883
   800 W. El Camino Real, Suite 180
2  Mountain View, CA 94040
   747-224-7956
3  888-316-1440 Fax
   attorneyrichardwyer@gmail.com
```

**U.S. Bankruptcy Court**
**Northern District of California (San Francisco)**

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 12-30497** |
| **Oren Raphael** ) | **Chapter 7** |
| ) | **MOTION TO STRIKE FILED BANKRUPTCY** ) |
| | **PETITION** |

**TO THE HONORABLE JUDGE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY COURT JUDGE: DENNIS MONTALI**

The Debtors Motion to Strike Filed Bankruptcy Petition respectfully shows as follows:

1) On February 17th 2012 Debtor Oren Raphael's bankruptcy petition was filed in the Northern District of California (San Francisco) office through the ECF electronic process.

2) Barry Milgrom is the trustee assigned to this case.

3) Within hours after the petition was filed, it was discover that the petition was not yet approved by the attorney of record to be filed,

4) Additionally, there were misunderstandings with the Debtor in regards to a chapter 7 filing being in Debtors best interest.

WHEREFORE, Debtor prays for the judge to rule as follows:

a) An order for the bankruptcy petition filed in the Northern District of California (San Francisco) to be stricken.

b) An order allowing Attorney for debtor or debtor to contact the credit bureaus and inform them of the stricken bankruptcy petition.

S/Richard Dwyer

Attorney Richard Dwyer, APC
800 W. El Camino Real, #180
Mountain View, CA 94040
(747) 224-7956
Email: attorneyricharddwyer@gmail.com

# CERTIFICATE OF SERVICE

The following parties will be served via ECFOr US Postal Service on this the 6th day of March, 2012:

*Trustee*
**Barry Milgrom**
1032 Irving St.
PMB # 1008
San Francisco, CA 94122
(415) 592-8178

  *U.S. Trustee*
**Office of the U.S. Trustee / SF**
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104
(415) 705-3333

**AMERICA'S SERVICING**
8480 Stagecoach Cir
Frederick, MD 217014747

**AMERICAN EXPRESS**
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


**AMERICAN EXPRESS**
PO Box 981537
El Paso, TX 799981537


**BAC HOME LNS LP/CTRYWDE**
450 American St
Simi Valley, CA 930656285


**BANK OF AMERICA**
PO Box 29966
Phoenix, AZ 85038-0966
**BF FINANCIAL INC**

| | |
|---|---|
| 1 | 120 S La Salle St Ste 1520 |
| 2 | Chicago, IL 606033573 |
| 3 | **CALIFORNIA FRANCHISE BOARD** |
| | PO Box 942840 |
| 4 | Sacramento, CA 94240-0040 |
| 5 | **CAPITAL ONE** |
| | PO Box 30281 |
| 6 | Salt Lake City, UT 84130-0285 |
| 7 | |
| 8 | **CAPITAL ONE AUTO FINANCE** |
| | 3905 Dallas Pkwy Credit Disputes |
| 9 | Plano, TX 750937892 |
| 10 | |
| 11 | **CBUSASEARS** |
| | 8725 W Sahara Ave |
| 12 | The Lakes, NV 891630001 |
| 13 | |
| 14 | **CHASE** |
| | P.O. Box 15298 |
| 15 | Wilmington, DE 19850 (12474462) |
| 16 | **Chase Card Services** |
| 17 | P.O.Box 15298 |
| | Wilmington, DE 19850 |
| 18 | |
| 19 | **CITI** |
| | PO Box 6500 |
| 20 | Sioux Falls, SD 57117-6500 |
| 21 | |
| 22 | **CITI** |
| | 715 S. METROPOLITAN AVE |
| 23 | Oklahoma City, OK 73108-2057 |
| 24 | |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | **COFACE COLLECTIONS NORTH AMERICA INC.** |
| 2 | 3001 Division Street |
| | Metairie, LA 70002 |
| 3 | |
| 4 | **DISCOVER** |
| | P.O. Box 6103 |
| 5 | Carol Stream, IL 60197-6103 |
| 6 | |
| 7 | **FBS CARD SERVICE** |
| | PO Box 9487 |
| 8 | Minneapolis, MN 554409487 |
| 9 | |
| | **FIRST NATL BK OF OMAHA** |
| 10 | PO Box 3437 |
| | Omaha, NE 681030437 |
| 11 | |
| 12 | |
| | **GC SERVICES LP** |
| 13 | P.O. Box 2667 |
| | Houston, TX 77081 |
| 14 | |
| 15 | **GECRB/BANANA REPUBLIC** |
| | PO Box 96500 C/O GeccAcdv/Cdv Process |
| 16 | Orlando, FL 328965005 |
| 17 | |
| 18 | **HOMEQ SERVICING** |
| | PO Box 13716 |
| 19 | Sacramento, CA 958533716 |
| 20 | |
| 21 | **HSBC** |
| | PO BOX 5253 |
| 22 | CAROL STREAM, IL 60197 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | **IC SYSTEMS INC.** |
| | 444 Highway 96 Eas |
| 2 | St. Pau, MN 55127-2557 (12474475) |
| 3 | |
| 4 | **INTERNAL REVENUE SERVICE** |
| | Fresno, CA 93888 |
| 5 | |
| | **IQOR INC.** |
| 6 | 335 Madison Ave., 27th Fl. |
| | New York, NY 10017 |
| 7 | |
| | **LAND ROVER CAPITAL GROUP** |
| 8 | PO BOX 54200 |
| 9 | OMAH, NE 68154 |
| 10 | **NATIONAL COLLEGIATE** |
| | 1200 N 7th St |
| 11 | Harrisburg, PA 171021419 |
| 12 | |
| | **NCO FINANCIAL SYSTEMS** |
| 13 | 507 Prudential Road |
| | Horsham, PA 19044-2308 |
| 14 | |
| | **NORDSTROM FSB** |
| 15 | PO Box 13589 |
| | Scottsdale, AZ 852673589 |
| 16 | |
| | **US BANK** |
| 17 | P.O. Box 6344 |
| 18 | Fargo, ND 58125-6344 |
| 19 | |
| | **WELLS FARGO** |
| 20 | PO BOX 5943 |
| | SIOUX FALLS, SD 57117-5943 |
| 21 | |
| 22 | |
| | **WELLS FARGO EDUCATION FINA** |
| 23 | 501 Bleecker St |
| | Utica, NY 135012401 |
| 24 | |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | |
| 2 | **WELLS FARGO EFS** |
| 3 | PO Box 84712 |
| | Sioux Falls, SD 571184712 |
| 4 | |
| 5 | **WELTMAN, WEINBERG & REIS** |
| | 965 Keynote Circle |
| 6 | Brooklyn Heights, OH 44131 |
| 7 | |
| 8 | |
| 9 | DATED: March 6, 2012 |

                                                                  <u>S/Richard Dwyer</u>

                                                                  Richard Dwyer, APC
Attorney for Movant
800 W. El Camino Real, #180
Mountain View, CA 94040
(747) 224-7956
Email: <u>attorneyricharddwyer@gmail.com</u>