Entered on Docket
March 12, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DONNA S. TAMANAHA
Assistant U.S. Trustee (WI#1013199)
VIKAS KUMAR, Trial Attorney (#267063)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: vikas.kumar@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

Signed and Filed: March 8, 2012

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-30497 DM |
| **OREN RAPHAEL,** | Chapter 7 |
| Debtor. | |

## ORDER IMPOSING SANCTIONS AND OTHER RELIEF
## RE ATTORNEY RICHARD DWYER

Based upon the stipulation between August B. Landis, the Acting United States Trustee for the Northern District of California - Region 17 ("U.S. Trustee") and attorney Richard Dwyer ("Dwyer");

**IT IS HEREBY ORDERED THAT:**

1. Attorney Richard Dwyer will notify the three major credit reporting agencies that this bankruptcy filing was filed without authorization and should be removed from Raphael's credit report; and

2. take other appropriate steps to expunge the record of this bankruptcy filing; and

3. (a) for one (1) year after the entry of an order approving this Stipulation scan and upload through ECF the wet or blue ink signature of the Debtor; and (b) Dwyer's own signature may be electronically submitted by use of /s/; and

ORDER RE SANCTIONS & OTHER RELIEF (OREN RAPHAEL) –   12-30497   - 1 -

4. this stipulation does not relieve Dwyer of his obligation to retain the original signature for a period of five years after the case or adversary proceeding in which the document was filed is closed pursuant to Local Rule 5005-2(c).

****END OF ORDER****

# COURT SERVICE LIST

Oren Raphael
629 Arguello Blvd. Apt 202
San Francisco, CA 94118

ORDER RE SANCTIONS & OTHER RELIEF (OREN RAPHAEL) –   12-30497   - 3 -