Entered on Docket
March 12, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Richard Dwyer 143883
800 W. El Camino Real, Suite 180
Mountain View, CA 94040
747-224-7956
888-316-1440 Fax
attorneyrichardwyer@gmail.com

Signed and Filed: March 8, 2012

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

## U.S. Bankruptcy Court
### Northern District of California (San Francisco)

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 12-30497** |
| **Oren Raphael** ) | **Chapter 7** |
| ) | |

### ORDER APPROVING DEBTORS' MOTION TO STRIKE BANKRUPTCY PETITION

On, March 6th 2012, Debtor filed his Order to strike bankruptcy petition filed on February 17th 2012, and after notice to all creditors and parties in interest and no opposition having been filed and good cause appearing therefore,

ORDERED that the Debtors' Motion to Strike Bankruptcy Petition be granted.

ORDER allowing Debtor or Debtors Attorney of Record to contact the credit bureaus to inform them of the stricken petition.

\*\* END OF ORDER \*\*

Case: 12-30497   Doc# 17   Filed: 03/08/12   Entered: 03/12/12 10:48:48   Page 1 of 1